IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID R. ANDERSON, and H. ILENE ANDERSON,<br><br>    Plaintiffs,<br><br>  vs.<br><br>OCWEN LOAN SERVICING, LLC, and AMERICAN MODERN INSURANCE GROUP,<br><br>    Defendants. | **4:17CV3054**<br><br>**ORDER** |

  Plaintiff David R. Anderson filed a pro se complaint on behalf of himself and his deceased wife, Plaintiff H. Ilene Anderson. Mr. Anderson is not an attorney.

  Defendants moved to dismiss any claims by H. Ilene Anderson, arguing she lacks capacity to sue and her estate cannot be represented by Plaintiff David R. Anderson. The undersigned magistrate judge agreed and on June 9, 2017, entered an order stating:

> On or before June 30, 2017, the Estate of Plaintiff Hazel Ilene Anderson shall obtain the services of counsel and have that attorney file an appearance on its behalf, in the absence of which the court will dismiss the claims of Hazel Ilene Anderson without further notice.

(Filing No. 16, at CM/ECF p. 3). The order was mailed to Plaintiff David R. Anderson. The mailing was not returned. To date, no attorney has entered an appearance for the Estate of Plaintiff Hazel Ilene Anderson.

Accordingly,

IT IS RECOMMENDED to the Honorable Richard G. Kopf, Senior United States District Judge, pursuant to 28 U.S.C. § 636(b), that the portion of Filing No. 6 which requests dismissal of Plaintiff H. Ilene Anderson claims be granted for lack of capacity to sue and for want of prosecution without further notice.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

IT IS FURTHER ORDERED: The clerk shall mail a copy of this recommendation to David R. Anderson, 7040 North Hampton Road, Lincoln, Nebraska 68506.

July 5, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge