IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID R. ANDERSON,<br><br>           Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC, and AMERICAN MODERN INSURANCE GROUP,<br><br>           Defendants. | 4:17CV3054<br><br>ORDER |

This case was removed to federal court by Defendants in April of 2017. A telephonic conference was scheduled for today to discuss case progression. The notice of hearing and call conferencing information was mailed by the Clerk to Plaintiff. The mailing was not returned.

Plaintiff did not participate in the scheduled conference call, (Filing No. 25), and has not contacted the court to explain his absence. Plaintiff has filed nothing during the six months this case has been pending in federal court.

Accordingly,

IT IS RECOMMENDED to the Honorable Richard G. Kopf, United States District Judge, pursuant to 28 U.S.C. § 636(b), that Plaintiff's claims be dismissed with prejudice for want of prosecution.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

October 20, 2017.

                                                        BY THE COURT:
                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge