IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID R. ANDERSON,<br>H. ILENE ANDERSON, | ) ) ) | 4:17CV3054 |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | MEMORANDUM<br>AND ORDER |
| OCWEN LOAN SERVICING, LLC,<br>and AMERICAN MODERN<br>INSURANCE GROUP, | ) ) ) ) ) | |
| Defendant. | ) | |

This matter is before the court on the findings and recommendation filed on December 12, 2017, by Magistrate Judge Cheryl R. Zwart, who recommends that Plaintiff David R. Anderson's claims be dismissed with prejudice for want of prosecution (Filing No. 31). Plaintiff H. Ilene Anderson's claims were previously dismissed without prejudice. See Filing No. 18.

No objections have been filed to the findings and recommendation within the time permitted by 28 U.S.C. § 636(b)(1). In any event, I have conducted a de novo review and find that Judge Zwart has correctly found the facts and applied the law. Her findings and recommendation therefore will be adopted.

Accordingly,

IT IS ORDERED:

1. The magistrate judge's findings and recommendation (Filing No. 31) are adopted.

2. Plaintiff David R. Anderson's claims are dismissed with prejudice for want of prosecution.

3. Judgment shall be entered by separate document.

DATED this 2nd day of January, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge